UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80129-CIV-MARRA

**PEDRO ALMONTE,**

    Plaintiff,

vs.

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## **FINAL JUDGMENT**

On September 13, 2021, this Court entered its Findings of Fact and Conclusions of Law after conclusion of bench trial by Zoom in the above-captioned matter [DE 51]. For reasons stated in the Order, and pursuant to Federal Rule of Civil Procedure 58(a), the Court now enters Final Judgment in favor of Plaintiff

It is accordingly **ORDERED AND ADJUDGED**:

Final judgment is hereby entered in favor of Plaintiff **PEDRO ALMONTE** and against the Defendant **UNITED STATES OF AMERICA**. Plaintiff Pedro Almonte shall recover from Defendant United States of America the **TOTAL SUM of $228,384.57,** consisting of $193,384.57 for past medical expenses; $3000 in for past lost wages; $1000 for out- of- pocket expenses (GEICO deductible) and $40,000 for prior and suffering (with collateral source set-off for personal injury protection (PIP) benefits applied in the amount of $9,000), for which sum let execution issue.

Post-judgment interest on this sum shall accrue at the rate of .08 (U.S. Government securities – Treasury constant maturities – 1-year rate effective Sept. 21, 2021).[1] The Court retains jurisdiction to tax costs pursuant to all applicable statutes and the Federal Rules of Civil Procedure.

As there is nothing further for the Court to do at this juncture, the Clerk of Court is directed to mark this case as **CLOSED.**

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 24th day of September, 2021.

KENNETH A. MARRA
United States District Judge

cc. all counsel

---

[1] See https://www.federalreserve.gov/releases/h15/